**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
Rajdeep Singh

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: Cr.S-09-125 |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| Rajdeep Singh, et al | DATE: April 13, 2009 |
| Defendants. | TIME: 10:00 a.m. |
| | Hon. Frank C. Damrell Jr. |

Defendants, by and through their undersigned counsel, and the United States of America, through Assistant U.S. Attorney Jason Hitt, hereby stipulate and request that the Court continue the status conference in the above captioned case from April 13, 2009 to July 13, 2009. [1] This continuance is requested because counsel for Defendants needs additional time to review discovery, obtain further discovery and conduct investigation. In addition, upon completion of the defense investigation, the parties intend to engage in settlement negotiations.

---

[1] The parties have been advised by this Court's Clerk that July 13, 2009 at 10:00 a.m. is an available date and time for a status conference on this matter.

For this reason, the parties stipulate and request that the case be continued to July 13, 2009 and that the Court exclude time within which the trial must commence under the Speedy Trial Act from April 13, 2009 through July 13, 2009, to allow for defense preparation under 18 U.S. C. § 3161(h)(8)(B)(iv) (Local Code T4).

Dated: April 10, 2009     Respectfully submitted,

/s/ Jason Hitt[2]
JASON HITT
Assistant U.S. Attorney

Dated: April 10, 2009     /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant
Rajdeep Singh

Dated: April 10, 2009     /s/ Mark J. Reichel[3]
MARK J. REICHEL
Attorney for Defendant
SurinderPal Singh

Dated: April 26, 2007     /s/ Jay Griener
JAY GRIENER
Attorney for Defendant
Hardeep Singh

**IT IS SO ORDERED.**

Dated:   April 10, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

[2] Jason Hitt telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on his behalf.
[3] Mr. Reichel and Mr. Griener telephonically authorized attorney Johnny L. Griffin, III to sign this proposed order on their behalf.