1 LAWRENCE G. BROWN
Acting United States Attorney
2 JASON HITT
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California 95814
4 Telephone: (916) 554-2751

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )    Case No. 2:09-cr-0125 FCD
                                    )
11              Plaintiff,          )    STIPULATION AND ORDER
                                    )    CONTINUING THE STATUS
12      v.                          )    CONFERENCE AND EXCLUDING TIME
                                    )
13 SARTAJ CHAHAL, et al.,           )
                                    )
14                                  )
                Defendants.         )
15 _____  )

16      Plaintiff, United States of America, by its counsel, Assistant

17 United States Attorney Jason Hitt, and defendant Sartaj CHAHAL, by

18 and through his counsel, Joseph Shemaria, Esq., defendant Rajdeep

19 SINGH, by and through his counsel, Johnny L. Griffin, III, Esq.,

20 defendant Surinder Pal SINGH, by and through his counsel, Mark J.

21 Reichel, Esq., and defendant Hardeep SINGH, by and through his

22 counsel, James R. Greiner, Esq., stipulate and agree that the

23 currently-set status conference on August 3, 2009, should be

24 continued to September 14, 2009, at 10:00 a.m.  The parties further

25 stipulate that the time period from August 3, 2009, up to and

26 including the new status conference date of September 14, 2009,

27 should be excluded from computation of the time for commencement of

28 trial under the Speedy Trial Act.  The parties stipulate that the

                                    1

1 ends of justice are served by the Court excluding such time, so that

2 counsel for each defendant may have reasonable time necessary for

3 effective preparation, taking into account the exercise of due

4 diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, the

5 defense agrees that it needs additional time to continue discussions

6 with the government regarding resolution of the case against each

7 defendant, reviewing recently-produced discovery in the case,

8 effectively evaluate the posture of the case and potentially prepare

9 for trial, and conduct further investigation into mitigation of each

10 defendant's federal sentencing exposure in this case.  Id.  For

11 these reasons, the defendants, each defense counsel, and the

12 government stipulate and agree that the interests of justice served

13 by granting this continuance outweigh the best interests of the

14 public and the defendant in a speedy trial.  18 U.S.C.

15 § 3161(h)(7)(A); Local Code T4.

16

17                                    Respectfully Submitted,

18                                    LAWRENCE G. BROWN
                                     Acting United States Attorney
19

20 DATED:  July 31, 2009        By:  /s/Jason Hitt
                                     JASON HITT
21                                   Assistant U.S. Attorney

22 DATED:  July 31, 2009        By:  /s/Joseph Shemaria by Jason Hitt
                                     Authorized to sign for Mr.
23                                   Shemaria on 07-28-09
                                     JOSEPH SHEMARIA, Esq.
24                                   Attorney for Sartaj CHAHAL

25 DATED:  July 31, 2009        By:  /s/Johnny Griffin by Jason Hitt
                                     Authorized to sign for Mr.
26                                   Griffin on 07-28-09
                                     JOHNNY L. GRIFFIN, III, Esq.
27                                   Attorney for Rajdeep SINGH

28

2

1  DATED:   July 31, 2009          By:   /s/Mark Reichel by Jason Hitt
                                          Authorized to sign for Mr.
2                                         Reichel on 07-28-09
                                          MARK J. REICHEL, Esq.
3                                         Attorney for Surinder Pal SINGH

4  DATED:   July 31, 2009          By:   /s/James Greiner by Jason Hitt
                                          Authorized to sign for Mr.
5                                         Greiner on 07-28-09
                                          JAMES R. GREINER, Esq.
6                                         Attorney for Hardeep SINGH

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                                    **ORDER**

2       Based upon the representations and stipulation of counsel, **IT**

3  **IS HEREBY ORDERED** that:

4       1.   The status conference set for August 3, 2009, at 10:00

5  a.m. is VACATED;

6       2.   A status conference is set for September 14, 2009, at

7  10:00 a.m.; and

8       3.   Based upon the representations and stipulation of the

9  parties, the court finds that the time exclusion under 18 U.S.C.

10  18 U.S.C. § 3161(h)(7)(A) and Local Code T4 applies and the ends of

11  justice outweigh the best interest of the public and the defendants

12  in a speedy trial based upon the factors set forth in 18 U.S.C.

13  § 3161(h)(7)(B)(iv).  Accordingly, time under the Speedy Trial Act

14  shall be excluded from August 3, 2009, up to and including September

15  14, 2009.

16

17  DATED: July 31, 2009

18

19

20

21  _____

22  FRANK C. DAMRELL, JR.
    UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28