**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
1010 F Street, Suite 200
Sacramento, CA 95814
Tel.: (916) 444-5557
Fax: (916) 444-5558

Attorney for RAJDEEP SINGH

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR. S-09-125 FCD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| vs. | |
| RAJDEEP SINGH, | Date: September 9, 2010 |
| Defendant. | Time: 10:00 a.m. |
| | Court: Hon. Frank C. Damrell, Jr. |

The United States of America, by and through Assistant U.S. Attorney Jason Hitt, and Defendant RAJDEEP SINGH, by and through his attorney, Johnny L. Griffin, III, hereby agree and stipulate to continue the judgment and sentencing hearing in the above captioned case from September 13, 2010 to November 15, 2010 at 10:00 a.m. to allow counsel for Defendant additional time to prepare for the sentencing hearing.[1]

///

///

///

///

---

1. The parties have been advised by this Court's Clerk that November 15, 2010 at 10:00 a.m. is an available date and time for a status conference and hearing on this matter.

STIPULATION AND ORDER - 1

Dated: September 9, 2010			Respectfully submitted,

						 /s/ Johnny L. Griffin, III
						JOHNNY L. GRIFFIN, III
						Attorney for SANDEEP SINGH SANDHU

Dated: September 9, 2010			Respectfully submitted,

						/s/ Jason Hitt[1]
						JASON HITT
						Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated:  September 9, 2010

						_____
						FRANK C. DAMRELL, JR.
						UNITED STATES DISTRICT JUDGE

---

[1] Assistant United States Attorney Jason Hitt telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.