**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
1010 F Street, Suite 200
Sacramento, CA 95814
Tel.: (916) 444-5557
Fax: (916) 444-5558

Attorney for RAJDEEP SINGH

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>RAJDEEP SINGH, SURINDER PAL SINGH, and HARDEEP SINGH,<br><br>           Defendants. | Case No.: CR.S-09-125 FCD<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING**<br><br>Date:  November 15, 2010<br>Time:  10:00 a.m.<br>Court: Hon. Frank C. Damrell, Jr. |

The United States of America, by and through Assistant U.S. Attorney Jason Hitt, and defendants RAJDEEP SINGH, SURINDER PAL SINGH, and HARDEEP SINGH, by and through their attorneys, Johnny L. Griffin, III, Mark Reichel, and James Greiner hereby agree and stipulate to continue the judgment and sentencing hearing in the above captioned case from November 15, 2010 to January 18, 2011, at 10:00 a.m, to allow counsel for defendants additional time to prepare for the sentencing hearing.[1]

Dated: November 9, 2010                         Respectfully submitted,

                                                 /s/ Johnny L. Griffin, III
                                                JOHNNY L. GRIFFIN, III
                                                Attorney for RAJDEEP SINGH

---

[1] The parties have been advised by this Court's Clerk that January 18, 2011 at 10:00 a.m. is an available date and time for a status conference and hearing on this matter.

STIPULATION AND ORDER - 1

        /s/ James R. Griener[2]  
        JAMES R. GREINER  
        Attorney for HARDEEP SINGH

        /s/ Mark Reichel[3]  
        MARK REICHEL  
        Attorney for SURINDER PAL SINGH

Dated: November 9, 2010        Respectfully submitted,

        /s/ Jason Hitt[4]  
        JASON HITT  
        Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated:  November 9, 2010

        _____  
        FRANK C. DAMRELL, JR.  
        UNITED STATES DISTRICT JUDGE

---

[2]  Attorney James Greiner telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

[3]  Attorney Mark Reichel telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

[4]  Assistant United States Attorney Jason Hitt telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.