**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
RAJDEEP SINGH

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:09-CR-00125-FCD |
| Plaintiff, | ) **ORDER TO RECONVEY REAL PROPERTY** |
| vs. | ) DATE: January 27, 2011 |
| RAJDEEP SINGH, | ) |
| Defendant. | ) Hon. Frank C. Damrell, Jr. |

## ORDER

The Court hereby grants the request to reconvey real property posted to secure Defendant's pre-trial release and authorize the Clerk of the United States District Court to reconvey real property to property owner Gurdip Kaur.   The property is described as follows: 7225 Beckford Avenue, Reseda, CA 91335.  The property information is as follows:  (1) 7225 Beckford Avenue, Reseda, CA 91335. (2) APN number: 2104-031-016. (3) Los Angeles County Recorders Document Number: 97-955767.

///

///

1  **IT IS SO ORDERED.**
2
3  Dated:  January 27, 2011
4
   _____
   FRANK C. DAMRELL, JR.
   UNITED STATES DISTRICT JUDGE